KEVIN M. CAPUZZI
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801-6101
Tel: (302) 442-7063
Email: kcapuzzi@beneschlaw.com

Attorney for Omni Logistics, LLC

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>OVERLAND STORAGE, INC.,<br><br>Debtor. | Case No. 25-41141-CN<br>Chapter 7<br><br>**CERTIFICATE OF SERVICE OF PROPOSED ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |

    I am over the age of 18 and not a party to this bankruptcy case. I am employed in the County of New Castle, State of Delaware, and my business address is 1313 North Market Street, Suite 1201, Wilmington, DE 19801.

    On November 7, 2025, I served a true and correct copy of the *Proposed Order Granting Relief from Automatic Stay* (the "Proposed Order") as follows:

**1) SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

    Pursuant to controlling General Orders and Local Bankruptcy Rules, the Proposed Order was served by the Court via NEF and link to the document to all parties registered to receive services through the Court's CM/ECF system.

2) **SERVED BY MAIL:**

- Overland Storage, Inc. d/b/a Overland-Tandberg
  9000 Crow Canyon Rd, Ste S, 136
  Danville, CA 94506

- Eric L. Kelly
  2633 Camino Ramon, Suite 325
  San Ramon, CA 94583

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

November 7, 2025　　　　　　　　　　　　BENESCH, FRIEDLANDER, COPLAN
Wilmington, DE　　　　　　　　　　　　　　　　& ARONOFF LLP

　　　　　　　　　　　　　　　　　　　　By: */s/ Kevin M. Capuzzi*
　　　　　　　　　　　　　　　　　　　　　　KEVIN M. CAPUZZI
　　　　　　　　　　　　　　　　　　　　　　Attorney for Omni Logistics, LLC